UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | CHAPTER 7 CASE |
| Colby James Marich | BKY 10-51637 |
| Debtor. | ORDER |

This case is before the court on the motion of U.S. Bank, N.A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated May 14, 2007, executed by Colby J. Marich; Staci R. Marich, as husband and wife, recorded on May 21, 2007, as Document No. A000526676, covering real estate located in Cass County, Minnesota, legally described as:

> That part of Government Lot Three (3), Section Twenty-seven (27), Township One Hundred Forty-two (142) North, Range Thirty-one (31) West, in the unplatted City of Walker as follows: Commencing on the East right-of-way line of State Highway No. 34 presently constructed, at the Northwest corner of that parcel owned by Sally Swendson which is also the point of beginning; thence Northerly along said right-of-way line a distance of 200 feet; thence East, parallel with the South line of Government Lot 3 a distance of 300 feet; thence South on a line parallel with the East right-of-way line of State Highway No. 34 a distance of 200 feet, more or less, to the North line of the Swendson property or an Easterly projection thereof; thence West along the north line of the Swendson property a distance of 300 feet, more or less, to the point of beginning.

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: March 29, 2011

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/29/2011*
Lori Vosejpka, Clerk, by AMM